NO CV-69 FEE DUE
Case 2:17-cv-07940-AG-AGR Document 1 Filed 10/31/17 Page 1 of 15 Page ID #:1
FILED CLERK, U.S. DISTRICT COURT
OCT 31 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

IN THE UNITED STATES DISTRICT COURT
for the Central District of California

Harvey Weinstein;
Weinstein Co,
    Petitioner,
v.
Central Intelligence Agency;
Mike Pompeo, Director of
Central Intelligence; Jeff
Sessions, Attorney General,
    Respondents.

Case No. 2:17-CV-07940-AG-AGR

CLASS ACTION

Motion to Disclose FISA electronic surveillance 50 USC § 1806 (f) and Petition For A Writ of Habeas Corpus 28 USC § 2241, 28 USC 2242

Petitioner Harvey Weinstein and Weinstein Co by and through Hamilton Brown, LLP and Frederick Banks files this Petition for a Writ of Habeas Corpus and represents as follows:

1. Petitioner Harvey Weinstein is a Film mogul who's recently been accused of sexual assault and harassment by several stars including Ashley Judd, Gwenyth Paltrow, Rose McGowan and several others including a Latin female model who conducted a sting operation and wore a wire for the NYPD, in which she stated Petitioner touched her breasts. Petitioner is confined in this district (Hollywood & Los Angeles

2. Petitioner is being held in unlawful electronic confinement in a CIA program of remote telepathy research known as Telepathic Behavior Modification. See www.foia-cia.com at "Unclassified Approved for Release CIA-RDP96-00792R000600320004-3" (3 declassified CIA documents on Telepathic Behavior Modification); "Project STARGATE" CIA-RDP96-00789R003300210001-2" "ESP & Telepathy" - perceptions which cannot be explained by known sensory means. Petitioner is being held without probable cause in violation of 50 USC § 1801 et seq. and the 4th Amendment to the US Constitution. Jeffrey Sessions and Mike Pompeo are Petitioner's custodians

3. A relative Dr. Harvey Weinstein's father was a guinea pig for CIA mind control experiments. See Harvey Weinstein, A Father, a Son and the CIA, James Lorimer + Co., Toronto, 1968, pp. 89-92; Exhibit A attached hereto. Also see and compare Frederick Banks and Kenneth Posner v. NYPD (SDNY) (Kenneth Posner is a set designer who worked on broadway plays such as Wicked (Google Kenneth Posner) Posner's father and Posner are being constantly assaulted by CIA remote wireless electromagnetic waves which similarly to Dr. Harvey Weinstein's father have reduced him to "a poor pathetic man with no memory, no life." "A nightmare that never ends." Exhibit A, id. p.6. In keeping with CIA tradition it also targeted petitioner.

4. The CIA to control and harass human organisms and animals sends a wireless signal via satellite with GPS tracking which is an ELF (extremely low frequency) wave (See Aaron Alexi video at youtube.com where he etched on his weapon "This is my E.L.F. weapon"); Targeted Individual at youtube.com; Freedom From Covert Harassment www.freedomfch.com (Stating that of the 300,000 U.S. targets of CIA electronic harassment 75% are women); Interviews with Dr. Robert Duncan, a CIA Scientist and Dr. John Hall author of "Guinea pigs: Technologies of Control" and a New Breed of Satellite Terrorism in America; "Synthetic Telepathy" at nbcnews.com; "Voice of God Weapon" at wired.com ("Allah told us to surrender" quoting IRAQI soldiers of Desert Storm) Compare with The Twitter killing of Alison Parker a TV Roanoke News Reporter and her cameraman by shooter Vester Flanagan who stated "Jehovah told me to Act" usatoday.com 2014 cover story. The CIA's domestic manipulation and harassment on U.S. Citizens and others.

2 of 3

the country including petitioner violated the Foreign Intelligence Surveillance Act and the 4th Amendment. As a result the Court should order Respondents to Disclose the Electronic Surveillance pursuant to 50 USC § 1806(f) and discharge Petitioner from custody and restraint. Petitioner's disability allows this proceeding to proceed under 28 UC §2242 and the issues presented herein are of exceptional importance. Both the best interest of petitioner and of the nation warrant a decision on the merits.

WHEREFORE, the foregoing Petition for a Writ of Habeas Corpus should be granted as follows:

    A. Petitioner should be discharged from custody and restraint

    B. The Court should order Respondents to disclose the CIA FISA electronic surveillance pursuant to Fed. R. Civ. Proc. 26 and 50 USC § 1806(f)

    C. Counsel should be appointed or petitioner should be allowed to proceed pro se or via 28 USC § 2242

    D. Respondents should be enjoined from conducting remote electronic harassment. This action should be certified as a class action and petitioner should be appointed class counsel to represent the class. Since petitioner is incompetent because of the remote manipulation and harassment appointment of counsel is mandatory. See Fed. R. Civ. Proc. 17(c)(2). An evidentiary hearing should be held.

    E. All other requested or warranted relief.

Executed this 13th day of October, 2017 under perjury.

Respectfully Submitted,

Hamilton Brown, LLP
Frederick Banks
NEOCC, 2240 Hubbard R
Youngstown, OH 44505

United States District Court
for the Western District of Pennsylvania

United States of America,

v.

15CR168
Judge Mark R. Hornak

Frederick Banks,
        Defendant.

## MOTION AND EXHIBIT IN SUPPORT OF MOTION TO HOLD HEARING ON FISA AND RELATED TECHNOLOGIES INCLUDING THE EXISTENCE OF "VOICE TO SKULL" TECHNOLOGY. LETTER OF COLIN A. ROSS, M.D. AND LETTER AND INFORMATION OF ALEX CONSTANTINE

Defendant Frederick Banks files the foregoing Motion and Exhibits letter of Colin A. Ross, M.D. and Letter and Information of Alex Constantine in support of his motion to hold hearing on FISA and related technologies including the existence of "voice to skull" technology;

**Letter of Colin A. Ross, M.D.**

My book, The C.I.A. Doctors: Human Rights Violations by American Psychiatrists, is based on 15,000 pages of documents I obtained from the CIA through the Freedom of Information Act, and dozens of papers I obtained from a medical school library. Everything in it is documented and factual.

The CIA and United States military have been creating Manchurian candidates and using them in operations since World War II. The techniques for creating Manchurian candidates (deliberately created cases of multiple personality disorder) were developed in an overlapping set of mind control Programs including Project ARTICHOKE, Project BLUEBIRD, MKULTRA, MKSEARCH, MKNAOMI, and Project OFTEN, Orther programs are no doubt still classified.

The experiments involved LSD, hypnosis, sensory deprivation and isolation, interrogation techniques, use of special disorienting goggles, and other techniques. The subjects of MKULTRA and other experiments included incarcerated drug addicts, hospitalized sex offendes, psychiatric patients, terminal cancer patients, and unwitting civillians. MKULTRA contractors cleared at TOP SECRET including Dr. Carl Rogers and other senior psychologists and psychiatrists, and many leading universities including Harvard, Yale, John Hopkins, and Tulane.

MKULTRA contractors cleared at TOP SECRET included Dr. Martin Ome and Dr. Louis Joylon West, both of whom also contracted with the military, and both of whom were directly involved in Manchurian Candidate development. Both Dr. Ome and Dr. West were Professional Advisory Board members, prior to their deaths, of the False Memory Syndrome Foundation (FMSF), an organization that lobbied intensively to discredit multiple personality disorder, progessionals

1



who treated it, and the trauma memories of people with multiple personality disorder.

In my opinion, the FMSF Advisory Board was a very diverse group with many different personal, political and professional agendas. However, in my opinion, a subgroup including Dr's Orne and West were primarily interested in discrediting multiple personality and "recovered memories" in order to protect the Manchurian Candidate programs. During the 1990's, when the false memory wars were at their peak, hundreds of law suits were filed against therapists for inducing "false memories".

Consider the following: a women tells her psychotherapist that a psychiatrist working for the U.S. Air Force gave her LSD during an experiment conducted at the University of Minnesota, where he worked and she was a research assistant. He then made her sit in a specially constructed room that had leaves glues to its walls, floor and ceiling. In the 1990's a person who remmebered this in therapy could have sued her therapist for implanting fantastic, impossible false memories. FMSF expert witnesses would have told the jury that these memories were false, and implanted by the therapist, who was guilty of malpractice.

Exactly these experiments were conducted at the University of Minnesota by Dr. Amedeo Marrazzi with funding by the Air Force Office of Scientific Research. The funding was acknowledged in Dr. Marazzi's published reports, which included photographs of the Ames leaf room in which subjects were placed while wearing special goggles and being high on LSD. The Ames leaf room had been developed previously by Dr. A. Ames on contract to the Office of Naval Research. I have a copy of the medical record of Mary Ray describing her treatment at a local Emergency Department when she had a toxic reaction to the LSD given to her by Dr. Marrazzi in experiments funding by the Government of the United States.

My point? The military mind control described in the case history in this book (Military Mind Control A Story of Trauma and Recovery, by Colin A. Ross, M.D.) could very well be real. I don't know that it is, and equally I don't know that it is not. Successful treatment of people with dissociative disorders does not hinge on proving the memories are real, or proving they are not real. The therapist remains neutral, and neither believes nor disbelieves. This is called the principle or therapeutic neutrality.

Even if a therapist wanted to prove or disprove mind control memories like those in this book, it is virtually impossible to do so. In Terese's case, I obtained her father's military service records, and spoke repeatedly with her mother and sisters. I filed Freedom of Information Act requests with the CIA, Defense Intelligence Agency and the three branches of the U.S. military concerning Terese's father and the Monarch Program which she rememered being involved in by her father. All these requests yieled no information.

the program is, there is no way for a civilian to tell whether the Monarch Program never existted (therefore there is no record of it), did exist but is still classified, or did exist but was actually called something else. There is no way for a civilian therapist to either prove or disprove the memories. Therefore therapy proceeds without proof one way or the other.

The story in Military Mind Control proves that recovery is possible for people with such memories. The therapy involves a focus on many different problems, conflicts and painful feelings. the military mind control is a thread woven into the fabric of the therapy, but it is not the major focus of the work. If real, it is natural that this particular form of trauma must be dealt with during recovery. If not real, the memories still give expression to and symbolize conflicts, feelings and grief that must be resolved. The therapist does not aligh himself with either side of the client's ambivalence - part of the client believes the trauma occurred and part doubts that it did, part loves the father and part hates the father. The goal of theray is for the client to resolve her conflicts and integrate all her parts, not for the therapist to declare that one part is right and the other wrong.

Therapy works at the level of structure and process, not at the level of content. The goals, tasks, techniques and strategies of therapy are the same, whether the memories are assumed to be false, real, or a mixture of the two. I describe the princple of therapeutic neutrality and the structure of therapy for complex, organized, multi-perpetrator abuse in my book, Satanic Ritual Abuse: Priciples of Treatment, which was wrtten during the height of the false memory wars in the early 1990's.

A comparison to behavior therapy for phobias might clarify the point. Two women come in for treatment of a phobia: one has a snake phobia and the other has a spider phobia. Neither woman has any other mental health problems. The structure, rules and vocabulary of the behavior therapy is the same in both cases. In both cases a desensitization hierachy is constructed, the rationale and vocabulary of the treatment is taught, and systematic desensitization is employed.

In one therapy, there is a log of take about snakes, but spiders are not mentioned. In the other, there is a log of talk about spiders, but snakes are not mentioned. The content is different but the logic, steps, principles and strategies of treatment are the same. Similarly, if the childhood trauma consists of paternal incest corroborated by other family members, including the father, or unproven military mind control, it is only the content that varies: the same therapy methods are employed. Addictions, depression, anxiety and other symptoms must be treated, new life skills must be learned, and a great deal of gief work must be done. The pain and conflict is real, whether or not the memories are accurate.

In fact, in documented fact, military mind conrol like that described in this book is real. It is perfectly possible that this women - identified as Terese in the case history - was systematicaly abused in mind control programs funded and run by the U.S. government. It is also possible that she was not. Somewhere in this country there are men and women whohave been systematically traumatized, abused and manipulated by psychiatrists and psychologists who long ago forgot the motto, "First do no harm".

These psychiatrist and psychologists have put National Security first and human rights second. They have committed malpractice. If the story in thisbook helps to increase public awareness of government mind control, that will be a good thing. however, military and CIA mind control is

3

not the main these of the book: rather, the main importance of the story is its message of hope and recovery. Score one for the victims.

Colin A. Ross, M.D.
November 11, 2008

rossinst@rossinst.com
www.rossinst.com
www.manitoucommunications.com

**Letter and Information of Alex Constantine**

No thanks to the CIA, which has attempted for six years to subvert my radio broadcasts and magazine articles by assaulting me with "non-lethal" weapons, an untraceable form of torture perfected by the U.S. government, made something of an art form. A delusions? No. The grim history of American electromagnetic torture is contained herein.

    Much sane counsel was given by Sandy Munro, who maintains a secret life comprised of chasing down obscure dirt on covert ops, driven by an awesome sense of justice. Will Robinson and Marilyn Colman, hosts of "The Lighthouse Report", aired my political research for five years over KAZU-FM in Monterey, California, rare types who understood my obsession to promote respect for human life in a country that doesn't. Adam Parfrew, Feral House publisher, provided more wise counsel, the title to this volume and much-needed friendship in the bleakest moments. Child therapists Catherine Gould, Vicky Graham-Costain and Nita Vallens brought me up to date on ritual abuse after a long hiatus from this particular nightmare to take on less stressful research on Nazi death squads, George Buse and the like.

    Charles Higham, author of *American Swastika,* spent long Sunday mornings over breakfast filling my ears with eloquent takes of political subterfuge too thick with scandal to see the light of day for years. his best, unfortunately neglected advise: "Write about people who are dead-you'll have less trouble that way." The editors of *Hustler* have enthusiastically supported my research, as have Patrick Formey, Martin Cannon and Andy Boehm at Prevailing Winds, Virginia McCullough, a researcher with an incredibly active mind and memory like a steel trap, provided much professional guidance. Ted Gunderson and Jackie MacGauley shared the results of their research freely. Michael Sheppard peeled me off the floor in moments of desperation (pursuing Nazi treacheries can get to one; so can an apartment constantly filled with infra-sound and pulsed microwaves, and the occasional pyromaniac out to stop my wagging tongue once and for all). Dave Armstrong, former editor of *Random Lengths* in Long Beach, was one of the few in the press willing to publish stories on the CIA's domestic excesses. Ron Silver, an actor turned dragon slayer, earned a place in the book. John Lambros, a victim of CIA mind control experiments, contributed a burgeoning file on his tormentors.

    The late Mae Brussell's work has proven invaluable, providing the keys to the universe and inspiration to "Brussell Sprouts" in all walks of life, including myself.

Alex Constantine
Psychic Dictatorship in the U.S.A.

4

Feral House
1240 W. Sims Way #124
Port Townsend, WA 98368

Early Giants of Remote Mind Control
The CIA's experiments in radio control of the brain are based on the development of the EEG in the 1920s. In 1934 DR's Chaffee and Light published a pivotol monograph, "A Method for Remote Control of Electrical Stimulation of the Nervous System." Work about the sames lines allowed Dr. Jose Delgado of Cordoba, Spain to climb into bull-ring and, with the push of a button, trigger an electrode in the head of a charging bull and stop the beast in its tracks.

Further groundbreaking advances were made by L.L. Vasiliev, the famed Russion physiologist and doyan of parapsychology, in "Critical Evaluation of the Hypnogenic Method." The article detailed the experiments of Dr. I.F. Tomashevsky in remote radio control of the brain "at a distance of one or more rooms and under conditions where the participant would not know or suspect that she would be experimented with.... One such experiment was carried out in a park at a distance," Vasiliev reported, and "a post hypnotic mental suggestion to go to sleep was comlied with within a minute." Lincoln Lawrence, *Where We Controlled?,* University Books, New York, N.Y., 1967, p. 29.

By 1956 Curtiss Shafer, an electrical engineer for the N o r d e n - K e t a y Corporation, could explore the possibilities at the National Electronics Conference in Chicago. "The ultimate achievement of biocontrol may be man himself," Shaffer said. "The controlled subjects would never be permitted to think as individuals. A few months after birth, a surgeon would equip each child with a socket mounted under the scalp and electrodes reaching selected areas of brain tissue." In this psycho-Arcadia, "sensory perceptions and muscular activity could be either modified or completely controlled by bioelectric signals radiating from state-controlled transmitters." Vance Packard, *The Hidden Persuaders,* David McKay, New York, 1967, pp. 239-40.

The CIA had already rushed headlong into Shafer's EMR dystopia with the founding of an experimental mind control clinic in Montreal, directly by the notorious D. Ewen Cameron, M.D. on grants from the Rockefeller Foundation and J.D. McConnell of the *Montreal Star.* Another pool of funding was the Gershickter Foundation, named for Dr. Charles Gerschickter of Georgetown University Hospital, who had tested potent drugs on mental paties and the terminally ill, and bombarded monkeys with radar waves until they passed out at the behest of the CIA. John Marks, *The Search for the Manchurian Candidate: The CIA and Mind Control,* Times Books, New York, 1979, pp. 202-3.

Allen Memorial was housed in a limestone mansion atop Mount Royal, donated by Sir Hugh Allan and staffed with emigre psychiatrists from war-crushed Europe.

Cameron shared a bloodless, sadistic character with the Nazis he analyzed early in his career. Allan Memorial opened in 1942. Three years later he was invited to Nuremberg to evaluate the mental state of Rudolph Hess. In Germany Cameron could dissect the aberrations of fascist rule. Dr. Harvey Weinstein, a psychiatrist whose father was a guinea pig for Cameron's mind control experiments, writes that Germany was "a laboratory in which the issues of authority, powerlessness, individual motivation and behavior could be examined." Harvey

5

Weinstein, *A Father, a Son and the CIA,* James Lorimer & Co., Toronto, 1968, pp. 89-92. And ruthlessly applied in Montreal. Cameron's early revulsion at Nazi violence gave way to a growing elitist sensibility. His score for the weak, including is own mentally-crippled patients, qualified him for the carnage to come.

In 1992 retired Colonel L. Fletcher Prouty, foremerely a Pentagon liaison to the CIA, told author Dick Russell and Allan Memoria "was pretty well organized." Prouty:

> If you get ahold of a directly for the American Psychiatrict Association in around 1956 or 1967, you'll be suprised to find that an enormous percentage of the individuals list are foreign-born. Mostly they came out of Germany and Eastern Europe in a big wave. They were all called "technical specialists," but really they were psychiatrists. They went into jobs at universities mostly-but many were working on these 'unconventional' mind control programs for U.S. intelligence.... these would go to people like Dr. Cameron in Canada. Dick Russell, *The Man Who Knew Too Much,* Carroll & Graf/Richard Gallen, New York, 1992, p. 679.

Not one of Cameron's patients was ever cured in the Radio Telemetry Laboratory, a makeshift torture chamber assembled in the cellar of his own private Bedlam. The financial underpinnings for the experiments came from Cornell's Society for the Investigation of Human Ecology, a CIA front. Cameron's right-hand man was Leonard Rubenstein, an electrical whiz of Cockney descent who lacked medical bona fides, but passionately exercised a fascination with remote brain control. He foresaw the telemetry lab as the foundation of a sprawling psychopolitical Apparat "that will keep tabs on people without their knowing," as he told a fellow staffer. Gordon Thomas, *Journey Into Madness: The True Story of Secret CIA Mind Control and Medical Abuse,* Bantam, New York, 1989, pp. 179-80. Cameron's left hand was Dr. Walter Freeman, whohad performed no less than 4,000 frontal lobotomies in 20 years of practice-often on patients suffering only mild depression or paranoia. Dr. Freeman went on to become a respected San Francisco brain specialist. Peter H. Breggin, *"New Information in the Debate on Psychosurgery," Congressional Record Extensions of Remarks,* March 30, 1972, pp. 3381 and 3387 fn. Dr. Freeman was also honorary president of the Second International Conference on Psychosurgery in 1970, which drew 100 participants and 41 papers from around the world.

The psychotronic heart of the laboratory was the Grid Room, with its verticed, Amazing Tales interior. The subject was strapped into a chair involuntarily, by force, his head bristling with electrodes and tranducers. Any resistance was met with a paralyzing dose of curare. The subject's brain waves were beamed to a nearby reception room crammed with voice analysers, a wire recorder and radio receivers cobbled together by Rubenstein. Thomas pp. 179-80. The systematic annihilation, or "depatterning" of a subject's mind and memory, was accomplished with overdoses of LSD, barbiturate sleep for 65 days at a stretch and ECT shocks at 75 times the recommended dosage. Psychic driving, the repitition of a recorded message for 16 hours a day, programmed by the empty mind. Fragile patients referred to Allan Memorial for helpwere thus turned into cabuncular jellyfish. David Remnick, "The Experiments of Dr. D. Ewen Cameron," *Washington Post,* July 28, 1985. Reprinted in the *Congressional Record,* U.S. Government Printing Office, August 1, 1985, p. S1008. Dr. Weinstein told the Post that the experiments left his father "a poor pathetic man with no memory, no life." It was " a nightmare that never ends,"

(Defendant notes that this also happened to Kenneth Posner's father as defendant reported previously on the record in this case).

Yet Cameron, before his death in 1967, was president of the American and Canadian Psychiatric Associations.

His work in brain emmissions was balanced elsewhere by experiments in reception. Honeywell, Inc., for instance, launched into "a method to penetrate inside a man's mind and control his brain waves over long distance." Lawrence, p. 52. The Scientific Engineering Institute in Boston, another CIA cover, was established in 1956 to study radar. In 1962 the SEI set up a "Life Sciences" lab to study the effects of electrodes deep within the brain. Harlan E. Girard, "Effects of Gigahertz Radiation on the Human Nervous System: Recent Developments in the Technology of Political Control," a paper presented at the NATO Advanced Research Workshop in Coherent and Emergent Phenomena on Bio-Molecular Systems, University of Arizona, January 15-19, 1991. At the National Institutes of Health, Dr. Maitland baldwin beamed radio signals into the brains of lobotomized monkeys. His CIA monitors noted weird excesses: in one experiment, Baldwin decapitated a monkey and transplanted its head to the body of another, then attempted to restore it to life with radio saturation.Marks, pp. 201-02.

At Langley the experiments were presided over by Dr. Stephen Aldrich, a patron of occult research, foreshadowing the use of mind control technology by satanic cults in the 1980s and '90s, according to Julianne McKinney, director of the Electronic Surveillance Project of the Association of National Security Alumni. Julianne McKinney, director of the Electronic Surveillance Project of the Association of National Security Alumni, Silver Springs, Maryland. Telephone interview, April 4, 1994. Dr. Aldrich, a graduate of Amherst and Northwestern, took control of the Firm's Office of Research and Development (ORD) in 1962 upon the departure of Sidney Gottleib. The occasion marked the birth of Operation Often, and investigation of the occult. With Houston sorceress Sybil Leek as their guide, CIA behaviorists studied the arcana of the occult underground. Thomas, pp. 275-78.

The SEI contributed a social laboratory to Often in 1972 at the University of South Carolina in the form of a course in rituals of demonology and voodoo. Ibid., pp. 275.

Aldrich's interest in the occult (shared by scores of others in the intelligence world. Donald Freed with Dr. Fred Simon Landis, *Death in Washington: The Murder of Orlando Letelier,* Lawrence Hill, Westport, Connecticut, 19080, p. 90.: Former CIA operative William Peter Blatty worked for years beside David Atlee Phillips, who "had been much influenced by the secret dialectic of Blatty's opus *The Exorcist,"* Blatty, like Phillips and H.L. Hunt, another writer of popular fiction, "and a generation of spies (were) obsessed with communism and the Devil.") may explain his penchant for remote brain manipulation, based as it is in "psychic" technology. Under the direction of Aldrich, writes John Marks in *The Search for the Manchurian Candidate,* ORD technocrats "kept probing for ways to control human behavior, and they were doing so with space-age technology that made the days of MKULTRA look like the horse-and-buggy era." Marks, p. 209. Particularly useful to CIA scientists were advances in stereotaxic surgery, simplifying the implantation of electrodes in the brain to wipe out a subject's memories in preparation for hypnotic reconstructive surgery.

In 1965 the *New York Times* learned of obscure electronic experiments quetly funded by government, and went tabloid with the front-page headline:

## MIND CONTROL COMING, SCIENTIST WARNS

Dr. David Krech, a psychology professor at the University of California, warned that "our research may carry with it even more serious implications than the awful, in both senses of the word, achievements of the atomic physicists." When leaks to the press exposed the horror stories, he said, "let us not find ourselves in the position of being caught foolishly surprised, naively perplexed and touchingly full of publicly displayed guilt." Lawrence, pp. 53-54.

On May 6 Dr. Delgado, the Spanish bulltamer and postware Yale researcher, closed a lecture on the evolution of the brain at the American Museum of Natural History in New York with the announcement that "science has developed a new electrical methodology for the study and control of cerebral function in animals and humans." Ibid., p. 34.

from Chapter One "Hearing Voices" Psychic Dictatorship in the U.S.A., Alex Constantine, Feral House 1995.

WHEREFORE, the Court should order a hearing on the foregoing information to determine if FISA and related Technologies including "voice to skull" technology exists. The issue is relevant to at least Count 7 in this case. The foregoing motion should be granted.

Respectfully submitted,

Frederick Banks
05711068
NEOCC
2240 Hubbard Road
Youngstown, OH 44505

DEFENDANT

Hamilton Brown, LLP
www.facebook.com/hamiltonbrownfirm
412.475.8384

### Certificate of Service

I hereby certify that on this 11th day of September, 2017 I served a true and correct copy of the foregoing by mail delivery upon the following;

Robert Cessar AUSA
4000 US Courthouse
700 Grant Street
Pittsburgh, PA 15219

Frederick Banks

8

CPYRGHT
Approved For Release 2000/08/09 : CIA-RDP96-00792R000600320004-3

spouses (Brinkman and Van Hilten, 1972), and persons defined as having "sympathetic relationships" (Van't Hoff, 1972). Finally, Casler (1971) failed in an attempt to improve GESP scoring by creating rapport between agent and percipient through appropriate hypnotic suggestions given to one or the other.

*2.5.1e. Conclusion.* There is as yet no convincing experimental evidence of direct "mind-to-mind" communication, i.e., telepathy, that adequately controls for clairvoyance or precognition. Nonetheless, indirect support for the telepathy hypothesis comes from several experiments in which significant differences between GESP and clairvoyance scores were found when percipients were "blind" to the type of test. However, these results have not been entirely consistent and some of the positive experiments have weaknesses in design or reporting of results. Other evidence indicates that some of this inconsistency may be attributable to the fact that different agents often affect percipients' scores in different ways. Attempts to demonstrate that persons well known or well liked by percipients make the most successful agents have produced conflicting results, although the general trend is confirmatory.

Finally, the question of whether telepathy, assuming its existence, is primarily attributable to the agent, the percipient, or some interaction between them has yet to be directly addressed experimentally.

### 2.5.2. *The Experimenter Effect: Psychology or Psi?*

In the last section we saw that the agent can have an effect on scoring in ESP tests. In this section we will examine evidence that demonstrates that a person need not be involved in actually "sending" the targets to have such an effect. The person we will be focusing upon predominantly, but not exclusively, is the experimenter. We will consider not only whether or not he or she can influence experimental outcomes but also whether the vehicle of such influence is the method of interacting with subjects, or whether the experimenter's own psi (or potential for activating the subject's psi in the absence of sensory contact) may somehow be a contributing factor.

A number of experiments have been reported in which two experimenters conducting the same experiment with the same or similar subjects have obtained significantly different results. Although not an experimenter effect in the strict sense of the term, a finding of Sharp and Clark (1937) indicated that testing sessions conducted with a skeptical observer present produced significantly below-chance scoring, whereas subjects scored above chance when the observer was sympathetic to ESP. Subjects apparently did not know of the observers' beliefs, but one

subject complained that th[e]
iment where five subjects
handled by two different
above chance on one set
The effect occurred with
(MacFarland, 1938). Osis
voyance tests given to ei[ght]
ESP. Partway through the
take over the role of lect[urer]
gave essentially the same
same way as Osis, the gro[up]
than those tested by Dean
those subjects who indica[ted]
have no assurance that the
truly comparable, the ex[periment]
terpretation. Still another e
testing of British schoolbo[ys]

*2.5.2a. Experimenter F*
such experimenter differen[ces]
create different moods, se[t]
mospheres," which in turn
whether it will manifest as
to test this hypothesis dire[ctly]
Price, who had a history o[f]
Price, 1938; Bates and New
encouraging manner and o
found that in both instance[s]
scores markedly increased
her more natural way of r
couraged spontaneity durin[g]
(see Sec. 2.3.2b).

A more systematic atte[mpt]
by Honorton, Ramsey, and
signed to one of two group
instructed to be friendly an[d]
by an experimenter given t
trials on a Schmidt machine
each group. As predicted,
tested by a "friendly" exp
group tested by an "unfrien[dly"]

Parker (1975a) found t[hat]
higher in a GESP card-gue[ssing]



AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

Harvey Weinstein, et al.,
~~Plaintiff/Petitioner~~

v.

CIA, et al.,
~~Defendant/Respondent~~

Civil Action No. _____

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __NEOCC Youngstown, OH__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per
(specify pay period) _____

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment ☐ Yes ☒ No
(b) Rent payments, interest, or dividends ☐ Yes ☒ No
(c) Pension, annuity, or life insurance payments ☐ Yes ☒ No
(d) Disability, or worker's compensation payments ☐ Yes ☒ No
(e) Gifts, or inheritances ☒ Yes ☐ No
(f) Any other sources ☐ Yes ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*
$1250 Friends

---

4. Amount of money that I have in cash or in a checking or savings account: $ 100.00 ~~000~~

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
~~$250,000 Real Estate, $20,000 vehicle,~~ unknown value of stocks and other investments

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
none

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
no one

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
$85,000 USDC WDPA

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 07/13/2017

_____
Applicant's signature

Frederick Banks
Printed name

---

Following that investigation in 2004, I was convicted of mail fraud, criminal copyright infringement, uttering and possession of a counterfeit or forged security, and witness tampering in relation to sales of software online. The charges were completely fabricated. The reason I had the Orbit II was because I own and operate a record label and I'm a Native American recording artist. My bands are called Vampire Nation, and July (Google: "Vampire Nation music"). VN's latest CD's are called "Calafia", "Breathless" released in 2013 and there is a video on mtv.com and cmt.com and "July love Apocolypse", and I own Hexagon Records and several other companies in the music industry and a legal research firm. www.facebook.com/hexandjuly. I'm also an artist, writer, photographer and investor. There is a video on my facebook page of me playing guitar It's Frederick Banks (Pittsburgh) on Facebook.

While in prison I became famous for litigation and prevailed in over 96 federal decisions. There is no lawyer litigating federal law today has won as many decisions as I have. I'm listed on the largest settlement in U.S. History Cobell v. Jewel which was settled for $3.4 Billion Dollars by the Obama Administration. See attached. When I was at NEOCC in 2013-14 on a violation I hit the front page of the USA Today, Businessweek, the New York Post, Pittsburgh Post Gazette, Associated Press and Reuters among others for the Bernard Madoff litigation. See reuters.com at "Frederick Banks". The press was bad because I was freeing the biggest villain in the federal system but it made me infamous in the legal field which helped me start a firm called Hamilton Brown www.facebook.com/hamiltonbrownfirm. We lost that case and the appeal was dismissed. However, I filed other litigation in Mr. Madoff's case and we are currently on appeal. Recently the Second Circuit Court of Appeals issued a limited remand in the case which means they returned the case to the District Court in NYC. If we win that litigation Madoff will be released from prison and his sentence of 150 years.

The reason I'm currently being held is because after I was released while I was working at the Westcott Law Firm, LLC as a paralegal in Pittsburgh I met with a Private Investigator who is well connected. He had a picture hanging on his wall from Watergate. I told him how the FBI set me up and may have put me under unlawful FISA electronic surveillance (CIA may have an unlawful program of electronic harassment See wired.com at "The Voice of God Weapon Returns") beginning in 2011 because I was trying to expose the set up. He told me to take a polygraph and that he wanted to give the FBI a black eye by exposing them. I then contracted a polygraph examiner. While I was researching I filed over two dozen civil cases against the FBI. See, Banks v. Pivnichny, 3:15-cv-0849 JCH (D. Ct., June 1, 2015); Banks v. Pivnichny, 3:15-cv-0826 CSH (D. Ct., May 29, 2015). He has also filed identical complaints in many other federal district courts around the country. See Banks v. Pivnichny, 3:15-cv-00091 RRB (D. Alaska, June 8, 2015); Banks v. Pivnichny, 2:15-cv-0369 WKW SPW (M.D. Ala. May 28, 2015); Banks v. Pivnichny, 1:15-cv-0281 WS B (S.D. Ala. May 26, 2015); Banks v. Pivnichny, 5:15-cv5131 TLB (W.D. Ark., June 9, 2015); Banks v. Pivnichny, 1:15-cv-1141 GPG (D. Colo., June 1, 2015); Banks v. Pivnichny, 1:15-cv-0440 LPS (D. Del, May 29, 2014); Banks v. Pivnichny, 8:15-cv-1299 CEH JSS (M.D. Fla. (Tampa), May 29, 2015); Banks v. Pivnichny, 2:15-cv-0325 SPC CM (M.D.

1

---

Fla. (Ft. Myers), May 29, 2015); Banks v. Pivnichny, 6:15-cv-0924 JA DAB (M.D. Fla. (Orlando), June 8, 2015); Banks v. Pivnichny, 1:15-cv-0104 MW GRJ (N.D. Fla. May 29, 2015); Banks v. Pivnichny, 1:15-cv-22166 CMA (S.D. Fla. June 8, 2015); Banks v. Pivnichny, 7:15-cv-0096 WLS (M.D. Ga. (Valdosta), June 8, 2015); Banks v. Pivnichny, 3:15-cv-0078 WLS (M.D. Ga. (Athens), June 8, 2015); Banks v. Pivnichny, 1:15-cv-0095 WLS (M.D. Ga. (Albany), June 8, 2015); Banks v. Pivnichny, 4:15-cv-0089 WLS (M.D. Ga. (Columbus), June 8, 2015); Banks v. Pivnichny, 1:15-cv-0020 D. Guam, June 8, 2015); Banks v. Pivnichny, 1:15-cv-0216 SOM BMK (D. Haw., June 8, 2015); Banks v. Pivnichny, 1:15-cv-0189 EJL (D. Idaho, June 1, 2015); Banks v. Pivnichny, 1:15-cv-4766 (N.D. Ill., May 29, 2015); Banks v. Pivnichny, 1:15-cv-3368 NLH KMW (D.N.J., May 15, 2015); Banks v. Pivnichny, 5:15-cv-0530 F (W.D. Okla. May 15, 2015); and Banks v. Pivnichny, 2:15-cv-0700 DSC LPL (W.D. Pa., May 29, 2015).

The case I filed in Hawaii (I'm a stock and real estate investor and invest heavily in Hawaii properties) on June 9, 2015 the judge ruled that the case could go forward and gave me until June 29, 2015 to file an Amended Complaint. However, five weeks later on August 7, 2015 I was arrested by 20 FBI agents for harassing communications. In January 2016 they added Wire Fraud charges which were the same charges I already did time on (they said) I lied in an online application). In short the charges are bogus. This has been the most craziest case I have ever been exposed to. When I declined to take their plea which they offered a week after I was arrested they said I was mentally ill and sent me on mental evaluations and then committed me in a federal mental hospital in North Carolina which was quite funny actually because while there I litigated for the patients who were estatic that someone was finally helping them. I filed a pro se Habeas Corpus against the trial judge in the Pennsylvania criminal case seeking immediate release. The court dismissed the habeas case and I appealed to the Fourth Circuit court of appeals. Two months after I filed the pro se appellant brief and while the government and PA court had me mentally committed the 4th Circuit scheduled oral arguments on May 8, 2017 in the case and appointed a D.C. Lawyer. After a Dr. in the hospital in a competency hearing on April 28, 2017 told the criminal trial judge in PA that I had "no "mental disease of defect" I was discharged from the hospital on May 8, 2017 a day before the oral arguments in the 4th circuit. (See Banks v. Homak (4th Cir.) @ www.cad.uscourts.gov ) In November 2016 while at the mental hospital I had communications with Ivanka Trump. In a letter sent to her on the day of the Presidential election I told her to leave the Trump Organization and that the Trump Campaign was under CIA electronic surveillance under FISA. In December 2016 CNN reported that Ivanka Trump left the Trump Organization (she later became a white house staffer) and in March 2017 President Trump staff saw the news saying that there was a FISA Warrant on him and Congressman Nunes stated that he had seen evidence that members of the Trump Campaign's conversations were "incidentally collected" under FISA. So I was correct in my allegation.

So in short I was arrested not for a crime but because I was exposing one aka the FBI set up and I'm now confined for over 4 months longer than the maximum time I can get even if I was convicted on all the charges. I keep rejecting the time served plea they keep offering because I'm taking it to trial and am representing myself. Currently, I'm awaiting a decision on some motions that were put in if I win those I could be immediately released at any time.

2

RE: Weinstein v. CIA                                    10/14/17

To the clerk,

Enclosed please find for filing the petition for a writ of Habeas Corpus and motion to Disclose FISA for filing.

Sincerely,

[signature]

RE: Weinstein v. CIA



Frederick Banks
#05711-068
NEOCC
2240 Hubbard Road
Youngstown, OH 44505

LEGAL MAIL

OCT 27 2017

Clerk, U.S. District Court
U.S. Courthouse
312 N. Spring St.
Los Angeles, CA 90012

CV