UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY WEINSTEIN,<br><br>        Petitioner,<br><br>    v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br>et al.,<br><br>        Respondent. | No. CV 17-7940-AG (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: 11/30/17

ANDREW J. GUILFORD
United States District Judge